The People of the State of New York, Respondent, *v.* William L. Cronholm, Appellant.

Submitted October 16, 1950; decided October 19, 1950.

*William L. Cronholm,* in person, for motion.

No one opposed.

Motion for leave to appeal, etc., denied upon the ground that no appeal lies from the order of the Appellate Division.